**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Amison,* Slip Opinion No. 2018-Ohio-2879.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2018-OHIO-2879

THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE, *v.* AMISON, APPELLEE AND CROSS-APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Amison,* Slip Opinion No. 2018-Ohio-2879.]**

*Court of appeals' judgment reversed on authority of* State v. Paige.

(No. 2017-0887—Submitted April 10, 2018—Decided July 24, 2018.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Cuyahoga County, No. 104728, 2017-Ohio-2856.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Paige*, ___ Ohio St.3d ___, 2018-Ohio-813, ___ N.E.3d ___.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, FISCHER, DEWINE, and DEGENARO, JJ., concur.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Gregory Ochocki, Assistant Prosecuting Attorney, for appellant and cross-appellee.

Mark A. Stanton, Cuyahoga County Public Defender, and Paul Kuzmins, Assistant Public Defender, for appellee and cross-appellant, Vance G. Amison.

_____